934 A.2d 689

Mickey MILES, Petitioner

v.

Honorable Pamela Pryor DEMBE, Judge, Philadelphia Court of Common Pleas, and Natasha Lowe, PCRA Supervisor, Philadelphia Court of Common Pleas, Respondents.

No. 132 EM 2007.

Supreme Court of Pennsylvania.

Oct. 17, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of October, 2007, the Application for Leave to File Original Process is granted. The Petition

for Writ of Mandamus is denied and the judge's name is to be stricken from the caption.